IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK A. COOPER,

      Plaintiff,                    No. CIV S-10-0251 JAM GGH PS

   vs.

BARBARA BOXER, et al.,

      Defendants.             ORDER

_____/

      After plaintiff requested an extension of time to proceed with this case, he filed an amended complaint.

      Therefore, IT IS HEREBY ORDERED that:

      1. Plaintiff's May 17, 2010 request for an extension of time is denied as moot; and

      2. Defendants' motion to dismiss, scheduled for hearing on June 3, 2010, is vacated without prejudice subject either to its renewal or the filing of an answer within thirty days of this order.

DATED: May 26, 2010

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Cooper0251.36.wpd

1