IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK A. COOPER,

    Plaintiff,                        No. CIV S-10-0251 JAM GGH PS

    vs.

U.S. SENATOR BARBARA BOXER, et al., ,

    Defendants.                  ORDER

_____/

        Defendants' motion to dismiss presently is calendared for hearing on July 22, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The July 22, 2010 hearing on the motion to dismiss, filed June 1, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: July 19, 2010

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH:076:Cooper0251.vac.wpd